**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>KATHLEEN L. LANDBERG,<br><br>        Debtor. | No. 02-45306 |
| TERRENCE J. DONAHUE, Chapter 7 Trustee for the bankruptcy estate of Kathleen L. Landberg,<br><br>        Plaintiff,<br><br>vs.<br><br>KATHLEEN L. LANDBERG, individually; RONALD C. LANDBERG, SR., individually; KATHLEEN L. LANDBERG, as prior Personal Representative for the Estate of Dorothy L. Landberg, in the Superior Court for the State of Washington in and for Pierce County, Cause No. 91-4-01100-4; RONALD C. LANDBERG, SR., as prior Personal Representative for the Estate of Harold V. Landberg, Superior Court for the State of Washington in and for Pierce County, Cause No. 86-4-01229-2; MICHAEL B. SMITH, attorney and Court appointed replacement Personal Representative for the Estate of Dorothy L. Landberg and the Estate of Harold V. Landberg; and ARVID FOLKE JACOBSON and RUTH H. JACOBSON, husband and wife, and the marital community composed thereof,<br><br>        Defendants | Adversary No. 06-4159<br><br>**ORDER IMPOSING TERMINATING SANCTIONS** |

    This matter came on for hearing today on the continued hearing on sanctions in accordance with the Order Granting Preliminary Injunction and for Contempt of Court (docket no. 38, entered 1 March 2007)

continued in the Order Continuing and Supplementing . . . (docket no. 51, 22 March 2007). Plaintiff trustee appeared by counsel, Mark D. Waldron; defendants Kathleen Landberg and Ronald Landberg did not appear.

Having made findings on the record, Rule 7052, Federal Rules of Bankruptcy Procedure, including that defendants Landberg have not shown cause why default should not be entered or why monetary sanctions should not be imposed, IT IS ORDERED:

1. Defendants' answer (docket no. 16) is STRICKEN;

2. Defendants Kathleen L. Landberg and Ronald Charles Landberg, Sr., are IN DEFAULT;

3. No monetary sanction is now imposed, but should this default be set aside, sanctions in accordance with those imposed on Defendants Landberg in the Order Continuing and Supplementing . . . (docket no. 51) will be imposed beginning 20 April 2007 if, by that date, they have not fully complied with that order; and

4. Plaintiff trustee shall submit a proposed judgment.

DATED: 3 April 2007.

_____
Philip H. Brandt
U. S. Bankruptcy Judge

CERTIFICATE OF SERVICE:
I CERTIFY I SERVED (VIA U.S. MAIL,
FACSIMILE, OR ELECTRONICALLY)
COPIES OF THE FOREGOING ON:

| | |
|---|---|
| Mark D. Waldron | Terrence J. Donahue |
| Email: mark@orlandini-waldron.com | Email: tjdbankruptcy@eisenhowerlaw.com |
| Ronald Charles Landberg | Michael B. Smith |
| Kathleen L. Landberg | 1901 65th Ave W #200 |
| 800 Vine St | Tacoma, WA 98466 |
| PO Box 552 | |
| Milton, WA 98354 | |

DATE: April 3, 2007

BY: /s/ Juanita C. Kandi